THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Donald Lee
 Robinson,        Appellant.
 
 
 

Appeal From Marion County
James E. Brogdon, Jr., Circuit Court Judge

Unpublished Opinion No.
2005-UP-421
Submitted June 1, 2005  Filed June 27, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry D.
 McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant
 Deputy Attorney General Salley W. Elliott, all of Columbia; and
 Solicitor Edgar Lewis Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  On February
25, 2003, a jury found Donald Robinson guilty of distribution of crack cocaine
and conspiracy to distribute crack cocaine.  Robinson was sentenced to
concurrent sentences of twenty-five years and a $25,000 fine for distribution
and twelve and one-half years and a $12,500 fine for conspiracy.  On
appeal, counsel for Robinson has filed a brief pursuant to Anders v.
California, 386 U.S. 738 (1967), asserting that there are no meritorious
grounds for appeal and requesting permission to withdraw from further
representation.  Robinson did not file a pro se
response. 
After a thorough review of the
record pursuant to Anders and State v. Williams, 305 S.C. 116, 406
S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be
relieved.
APPEAL DISMISSED.[1]
HEARN, C.J., BEATTY, and SHORT,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.